UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM RAY SIEVERS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The hearing previously set for Wednesday, April 11, 2012 at 11:00 am is **amended** to reflect that this will only be a Change of Plea hearing. Accordingly, the Change of Plea Hearing remains set for **Wednesday, April 11, 2012 at 11:00 a.m.** Sentencing will take place at a later date to be determined.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be VACATED.**

    Dated: March 2, 2012.